1030

[No. 38564-0-I.   Division One.   June 22, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN J. WELLS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-07169-1, Janice Niemi, J., entered April 22, 1996. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 39449-5-I.   Division One.   June 22, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. CURTIS ALLEN SWENSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-1-01649-3, Larry E. McKeeman, J., entered September 26, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 39568-8-I.   Division One.   June 22, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLIE CHAMBERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-04211-7, Janice Niemi, J., entered October 29, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 39603-0-I.   Division One.   June 22, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD DYSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-02179-9, Faith Ireland, J., entered October 18, 1996. *Affirmed* by unpublished opinion per Becker, J., concurred in by Grosse and Webster, JJ.